IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| THOMAS STEVENS, II, and REBECCA STEVENS DEVITO, as Co-Personal Representatives of the Estate of THOMAS STEVENS, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>JORDAN LEAVITT; GFL ENVIRONMENTAL SERVICES USA, INC.; and DOES 1-10,<br><br>Defendants. | Cause No.: CV-22-58-GF-BMM-JTJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Thomas Stevens, II and Rebecca Stevens Devito, as Co-Personal Representatives of the Estate of Thomas Stevens, Sr., and Defendants Jordan Leavitt and GFL Environmental Services, USA, Inc., have filed a Stipulation for Dismissal with Prejudice as to all claims asserted in this action. Based on the

parties' stipulation, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

DATED this 18th day of December, 2023.

_____
John Johnston
United States Magistrate Judge